IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY KRUZEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS USA, INC., et al. | : | NO. 18-3986 |

<u>ORDER</u>

AND NOW, this 18th day of November, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the defendants Teva Women's Health, Inc., CooperSurgical, Inc., and The Cooper Companies, Inc. to transfer this action under 28 U.S.C. § 1404(a) to the United States District Court for the District of Minnesota is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                    J.